In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Cotrustee under the Will of THOMAS J. RONAN, Deceased. MARY J. RONAN, as Cotrustee, et al., Appellants; CITY BANK FARMERS TRUST COMPANY, et al., Respondents.

Submitted October 4, 1948; decided October 7, 1948.

*James T. Bredin* and *Roy P. Monahan* for motion.
*Arthur V. McDermott* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.